*eral Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Maurice J. Mahoney* for respondent.

No. 914. MILLHAUBT *v.* KANSAS. May 24, 1937. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Mr. Fred Hinkle* for petitioner. *Messrs. Clarence V. Beck* and *Roland Boynton* for respondent.

No. 915. .164 EAST 72ND STREET CORP. *v.* GUNDER. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Henry A. Uterhart* for petitioner. *Messrs. Milfred O. Garner* and *Julius Moses* for respondent.

No. 919. KLEE CORPORATION ET AL. *v.* ROOSEVELT ET AL. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert P. Weil* for petitioners. *Mr. Charles H. Tuttle* for respondents.

No. 923. MEMPHIS *v.* ILLINOIS CENTRAL R. CO. ET AL. May 24, 1937. Petition for writ of certiorari to the Court of Appeals of Tennessee denied. *Mr. Abe D. Waldauer* for petitioner. *Messrs. H. D. Minor, Charles N. Burch, Clinton H. McKay,* and *Edw. C. Craig* for respondents.

No. 927. BUFFUM, TRUSTEE IN BANKRUPTCY, *v.* MARYLAND CASUALTY Co. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth